STATE of Missouri, Respondent,

v.

John C. LITTON, Appellant.

No. WD 41320.

Missouri Court of Appeals,
Western District.

Oct. 31, 1989.

Hugh D. Kranitz, Kranitz and Kranitz, P.C., St. Joseph, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of deviate sexual assault in the first degree, § 566.070, RSMo 1986, and from sentence of one year of confinement in the county jail.

Judgment affirmed. Rule 30.25(b).